# Court of Appeals
# of the State of Georgia

ATLANTA, March 26, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1533. MICHAEL DARNELL PARSON v. THE STATE.**

A jury found Michael Darnell Parson guilty of multiple crimes, and his convictions were affirmed in an unpublished opinion. See *Parson v. State*, Case No. A16A0608, decided June 21, 2016. Parson subsequently filed an extraordinary motion for new trial, which the trial court denied. Parson then filed this direct appeal. We, however, lack jurisdiction.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Parson's failure to follow the requisite appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/26/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.